IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 2 7 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | 9:18-PO-5045-JCL |
| | CVB Violation No: |
| Plaintiff, | FBDW00BA |
| vs. | |
| JAMES Q. COCHRANE, | ORDER QUASHING WARRANT |
| Defendant. | |

The government has moved to quash the warrant for the above referenced violation. Accordingly,

**IT IS ORDERED** that the warrant for violation notice FBDW00BA is **QUASHED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at 618 Dakota Street, Butte, MT 59701, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

DONE and DATED this 26th day of February, 2019.

Jeremiah C Lynch
United States Magistrate Judge

ORDER - PAGE 1